**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MARY MILLER,

      Plaintiff,

vs.

                                 Case No. 3:18-cv-638-J-34JRK

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,

      Defendant.
_____/

## ORDER TO SHOW CAUSE

This matter is before the Court <u>sua sponte</u>. Upon review of Plaintiff's Complaint (Doc. 1), it appears that this action was misfiled in the Jacksonville Division of the United States District Court for the Middle District of Florida. Pursuant to Local Rule 1.01(c), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), "[a]ll civil proceedings of any kind shall be instituted in that Division encompassing the county or counties having the greatest nexus with the cause, giving due regard to the place where the claim arose and the residence or principal place of business of the parties." Additionally, Local Rule 1.02(e) provides that "[t]he Court may, within its discretion, . . . order that any case, civil or criminal, be transferred from one Division to any other Division for trial[.]"

In the Complaint, Plaintiff alleges that "[v]enue is proper in this district . . . because the breach of the employee benefits contract between the parties occurred within this district." <u>See</u> Complaint ¶ 3. However, upon review of the Complaint, the only information regarding <u>where</u> in this district the relevant conduct occurred is the allegation that "Plaintiff,

Mary Miller, is a resident of Marion County, Florida." Id. ¶ 4.  Pursuant to Local Rule 1.02(b)(2), Marion County, Florida is located in the Ocala Division.  Significantly, the Complaint does not set forth any relation to a location encompassed by the Jacksonville Division.

Accordingly, Plaintiff is **DIRECTED** to **SHOW CAUSE** by a written response filed on or before **May 29, 2018**, why this case should remain pending in the Jacksonville Division and not be transferred to the Ocala Division pursuant to Local Rule 1.02(e).

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of May, 2018.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record